UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| KATISHA HIGGS,  )<br>       Plaintiff,  )<br> )<br>v.  )<br> )<br> )<br> )<br>NANCY A. BERRYHILL,  )<br>Commissioner of Social Security,  )<br>       Defendant.  ) | **JUDGMENT**<br><br>No. 4:18-CV-22-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's consent motion for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 6, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $6,000.00.

**This Judgment Filed and Entered on March 6, 2019, and Copies To:**

Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Elisa Donohoe  (via CM/ECF Notice of Electronic Filing)

March 6, 2019                      PETER A. MOORE, JR., CLERK
                                        /s/ Sandra K. Collins
                                       (By) Sandra K. Collins, Deputy Clerk